UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANGEION CORPORATION, a Minnesota corporation, Plaintiff, vs. BIOTRONIK, INC., an Oregon corporation; Defendant. | Civil Action No. 01-2338 JMR/FLN<br>STIPULATED ORDER FOR EXTENSION OF TIME |

Based upon the stipulation of the parties hereto,

IT IS HEREBY ORDERED that the time for defendant to appear or otherwise respond to plaintiff's amended complaint is hereby extended through and including April 15, 2002.

DATED this 21 day of MARCH, 2002.

United States ~~District Court~~ MAGISTRATE Judge

SO STIPULATED:

Sean Donahue
of Attorneys for Defendant

Randall T. Skaar
of Attorneys for Plaintiff

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK