UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Angeion Corporation,

Plaintiff,

v.

Biotronik, Inc. and Medassets HSCA, Inc.,

Defendants.

Civil No. 01-2338 JMR/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by October 1, 2002.

   b. All discovery shall be commenced in time to be completed by February 1, 2003.

   c. No more than 50 interrogatories, including all discrete subparts, shall be served by any party.

   d. No more than 50 Document Requests shall be served by any party.

   e. No more than 10 non-expert depositions shall be taken by any party.

   f. All nondispositive motions and supporting documents, including those which relate to

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

discovery, shall be served by May 1, 2003. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. <u>Expert Disclosure and Discovery</u>:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By both parties on or before January 1, 2003, as to initial expert witnesses, and

2) By both parties on or before February 1, 2003, as to rebuttal expert witnesses.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By both parties on or before January 1, 2003, as to initial expert reports.

2) By both parties on or before February 1, 2003, as to rebuttal expert reports.

3) By both parties on or before February 15, 2003, as to reply reports.

c. Each party may depose no more than 6 expert witness on or before April 1, 2003.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. <u>Dispositive Motions</u>:

a. All dispositive motions shall be filed prior to July 1, 2003.

b. Chief Judge Rosenbaum's Calendar Clerk, Larry Lewis, (612-664-5053), will contact counsel with a hearing date after all papers have been submitted.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial

a. This case shall be ready for trial no later than August 1, 2003, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 10 trial days.

DATED: May 15, 2002.

Franklin L Noel

FRANKLIN L. NOEL
United States Magistrate Judge