(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-2338 Case Title: Angeion Corporation v. Biotronik, Inc.

### Affidavit of Movant

I, Richard M. Dahl ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Michael J. Garvin , an attorney admitted to practice in the Northern District of Ohio ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Biotronik. Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] #148258 5/15/02
Signature MN Attorney License # Date

### Affidavit of Proposed Admittee

I, Michael J. Garvin , am currently a member in good standing of the U.S. District Court for Northern District of Ohio , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Michael J. Garvin [signature] 5/14/02
Type/Print Name Signature Date

Attorney License Number: Ohio Bar No. 0025394
Law Firm Name & Address: Hahn Loeser & Parks LLP
3300 BP Tower. 200 Public Square
Cleveland. Ohio 44114 -2301
Telephone: 216-621-0150

Motion Granted: [signature] [signature] MAY 17 2002
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

FILED MAY 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-2338 Case Title: Angeion Corporation v. Biotronik, Inc.

### Affidavit of Movant

I, Richard M. Dahl ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac R. Eric Gaum, an attorney admitted to practice in the Northern District of Ohio ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Biotronik. Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | #148258 MN Attorney License # | 5/15/02 Date

### Affidavit of Proposed Admittee

I, R. Eric Gaum, am currently a member in good standing of the U.S. District Court for Northern District of Ohio, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

R. Eric Gaum Type/Print Name | [signature] Signature | 5-10-02 Date

Attorney License Number: Ohio Bar No. 0066573
Law Firm Name & Address: Hahn Loeser & Parks LLP
Twin Oaks Estates. 1225 West Market Street
Akron. OH 44313-7188
Telephone: 330-864-5550

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

MAY 17 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-2338 Case Title: Angeion Corporation v. Biotronik, Inc.

### Affidavit of Movant

I, Richard M. Dahl ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Alexander D. Bommarito , an attorney admitted to practice in the Northern District of Ohio ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Biotronik. Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] #148258 5/15/02
Signature MN Attorney License # Date

### Affidavit of Proposed Admittee

I, Alexander D. Bommarito , am currently a member in good standing of the U.S. District Court for Northern District of Ohio , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Alexander D. Bommarito [signature] 5/10/02
Type/Print Name Signature Date

Attorney License Number: Ohio Bar No. 0071389
Law Firm Name & Address: Hahn Loeser & Parks LLP
Twin Oaks Estates. 1225 West Market Street
Akron. OH 44313-7188
Telephone: 330-864-5550

Motion Granted: [signature] MAY 17 2002
For the Court: Richard D. Sletten, Clerk mml Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-2338 Case Title: Angeion Corporation v. Biotronik, Inc.

### Affidavit of Movant

I, Richard M. Dahl ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Mark A. Watkins , an attorney admitted to practice in the Northern District of Ohio ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Biotronik. Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — #148258 MN Attorney License # — 5/15/02 Date

### Affidavit of Proposed Admittee

I, Mark A. Watkins , am currently a member in good standing of the U.S. District Court for Northern District of Ohio , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Mark A. Watkins Type/Print Name — [signature] Signature — May 10, 2002 Date

Attorney License Number: Ohio Bar No. 0040519
Law Firm Name & Address: Hahn Loeser & Parks LLP
Twin Oaks Estates. 1225 West Market Street
Akron. OH 44313-7188
Telephone: 330-864-5550

Motion Granted: [signature] — MAY 17 2002 Date
For the Court: Richard D. Sletten, Clerk

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-2338 Case Title: Angeion Corporation v. Biotronik, Inc.

### Affidavit of Movant

I, Richard M. Dahl ,an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac E. Sean Donahue , an attorney admitted to practice in the ______ District of Oregon ,but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☑ defendant Biotronik. Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | #148258 MN Attorney License # | 5/15/02 Date

### Affidavit of Proposed Admittee

I, E. Sean Donahue , am currently a member in good standing of the U.S. District Court for ______ District of Oregon , but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

E. Sean Donahue Type/Print Name | [signature] Signature | 5-14-02 Date

Attorney License Number: Oregon Bar No. 79209

Law Firm Name & Address: Donahue & Associates

1620 Benjamin Franklin Plaza, One S.W. Columbia Street

Portland, Oregon 97258-2098

Telephone: 503-226-1084

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

MAY 17 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action