UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2338 (JEL/JGL)

ANGEION CORPORATION,

Plaintiff,

v.

**NOTICE OF STATUS CONFERENCE**

BIOTRONIK, INC., et al.,

Defendants.

A status conference has been scheduled for **Tuesday, August 13, 2002, at 1:45 p.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief should be **submitted to this chambers at the above address,** with service on opposing counsel, at least five days before the scheduled conference. Please include an estimate of total trial time in your letter or settlement brief.

JONATHAN LEBEDOFF
United States Magistrate Judge

**Notice mailed to:**

Randall Skaar, Esq.
Bradley Pedersen, Esq.
James Patterson, Esq.
Eric Chadwick, Es.q
Casey Kniser, Esq.
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-1314

Richard Dahl, Esq.
Suite 700
701 Fourth Avenue South
Minneapolis, MN 55415

Mark Watkins, Esq.
Alexander Bommarito, Esq.
Eric Gaum, Esq.
Hahn Loeser & Parks
1225 Market Street West
Akron, OH 44313

Michael Garvin, Esq.
3300 BP Tower
200 Public Square
Cleveland, OH 44114-2301

Sean Donahue, Esq.
1620 Benjamin Franklin Plaza
1 SW Columbia Street
Portland, OR 97258-2098

16

Filed AUG 02 2002
Francis E. Dosal, Clerk
Judgment Entd. ____
Deputy Clerk ____