**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ANGEION CORPORATION,

Plaintiff,

v.

BIOTRONIK, INC.,

Defendant.

Civil No. 01-2338 JEL/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE** AND ORDER

The Plaintiff Angeion Corporation and the Defendant Biotronik, Inc. have reached a full and final settlement of this action. In accordance with Fed. R. Civ. P. 41(a)(1), the parties therefore stipulate to dismissal with prejudice, with each party bearing its own costs, expenses and attorneys' fees.

Respectfully submitted,

Dated: October 23 2002

By: [signature]

Randall T. Skaar (MN#165,013)
Casey A. Kniser (MN#262,377)
PATTERSON, THUENTE, SKAAR
& CHRISTENSEN, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2100
Telephone: (612) 349-5740
Facsimile: (612) 349-9266

**ATTORNEYS FOR PLAINTIFF**

FILED OCT 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

Dated: October 18, 2002

By: ______________________________

E. Sean Donahue (*pro hac vice*)
DONAHUE & ASSOCIATES
1620 Benj. Franklin Plaza
One S.W. Columbia Street
Portland, Oregon 97258-2098.

Michael J. Garvin (*pro hac vice)*
HAHN LOESER & PARKS LLP
3300 BP Tower, 200 Public Square
Cleveland, Ohio 44114-2301

Richard M. Dahl (MN#129,586)
DUNKLEY BENNETT, CHRISTENSEN
& MADIGAN, PA.
Suite 700, 701 Fourth Avenue South
Minneapolis, Minnesota 55415
Telephone: (612) 339-1290
Facsimile: (612) 339-9545

**ATTORNEYS FOR DEFENDANT**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ANGEION CORPORATION,

Plaintiff,

v.

BIOTRONIK, INC.,

Defendant.

Civil No. 01-2338 JEL/JGL

**ORDER**

The parties have stipulated to the dismissal of this action with prejudice following their exchange of releases and settlement of all claims. The Court therefore orders as follows:

1. This action is dismissed with prejudice; and

2. The parties are responsible for their own attorneys' fees and costs.

Dated: October 24, 2002

Joan Ericksen Lancaster
Judge of U.S. District Court